# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $10,760.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | CASE NO. 1:10-cv-00231-AWI-SMS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AND FINAL FORFEITURE JUDGMENT<br><br>(Documents #18 & #20) |

　　　In this civil forfeiture action, Plaintiff United States of America ("Government") seeks (1) default judgment against the interests of Michael Scott Ioane, Jr., and Samantha Dennis in approximately $10,760.00 in United States currency (the "defendant currency") and (2) entry of a final forfeiture judgment to vest in the Government all right, title and interest in the defendant currency.  The Government's motion was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 302(c)(19) and was considered in accordance with Local Rule A-540(d).

　　　On March 4, 2011, the Magistrate Judge filed Findings and Recommendations recommending that Plaintiff's motion be granted (Doc. 20).  The Findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fifteen days.  No objections to the Findings and Recommendations were filed with the Court.

　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the

Findings and Recommendations to be supported by the record and proper analysis.

     Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 4, 2011, are adopted in full;
2. Plaintiff's motion is GRANTED;
3. Plaintiff is ORDERED to submit a proposed default and final forfeiture judgment consistent with the Findings and Recommendations and this order within ten (10) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   April 15, 2011                         _____
                                                                             CHIEF UNITED STATES DISTRICT JUDGE