BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-CV-00231-AWI-SMS |
| Plaintiff, | ) | **DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |
| v. | ) | |
| APPROXIMATELY $10,760.00  IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

   This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment filed December 21, 2010.  The Magistrate Judge has recommended that the United States' motion for default judgment be granted.  The time for objecting to the Findings and Recommendations of the Magistrate Judge has passed and no timely objections have been filed.  An Order Adopting the Magistrate Judge's Findings and Recommendations was filed on April 18, 2011.  Based on the Magistrate Judge's Findings and Recommendations on Plaintiff's *Ex Parte* Application for Default Judgment, the Order Adopting the Magistrate Judge's Findings and Recommendations, and the files and records of the Court, it is

///

///

///

///

ORDERED, ADJUDGED AND DECREED:

1. The Court adopts the Magistrate Judge's March 4, 2011, Findings and Recommendations in full.

2. Michael Scott Ioane, Jr. and Samantha Dennis are held in default.

3. A judgment by default is hereby entered against any right, title, or interest in the defendant approximately $10,760.00 in U.S. Currency (hereafter "defendant currency") of Michael Scott Ioane, Jr., Samantha Dennis, and all other potential claimants who have not filed claims in this action.

4. A final judgment is hereby entered forfeiting all right, title, and interest in the defendant currency to the United States of America, to be disposed of according to law, including all right, title, and interest of Michael Scott Ioane, Jr., and Samantha Dennis.

5. All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:   May 9, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE